No. 84–942. MISSISSIPPI *v.* CANNADAY. Sup. Ct. Miss. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▌

No. 84–949. CALIFORNIA *v.* GARCIA. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▌

No. 84–959. INDIANA *v.* MOORE. Sup. Ct. Ind. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▌

No. 84–987. DUCKWORTH, WARDEN, ET AL. *v.* WILLIAMS, AKA SHERRARD. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▌

No. 84–991. MCINTOSH *v.* INTERNATIONAL BUSINESS MACHINES CORP. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.* ▌

No. 84–998. GIBSON ET AL. *v.* FIRESTONE, SECRETARY OF STATE OF FLORIDA. C. A. 11th Cir. Motions of Joseph W. Little and Voting Rights Committee et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. ▌

No. 84–1010. CHAMPION ET AL. *v.* DEUKMEJIAN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Motions of Legal Foundation of America, H. Paul Lillebo, and Public Service Research Council for leave to file briefs as *amici curiae* granted. Certiorari denied. ▌

No. 84–1038. DE MODENA, DBA SIXTH AVENUE PHARMACY, ET AL. *v.* KAISER FOUNDATION HEALTH PLAN, INC., ET AL. C. A. 9th Cir. Motions of Alabama Pharmaceutical Association et al., California Pharmacists Association, and American Pharmaceutical Association for leave to file briefs as *amici curiae* granted. Certiorari denied. ▌

---

*See also note, *supra,* p. 1200.